**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Berner Alfredo BARRO, Defendant–
Appellant.**

**No. 06–50116.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 13, 2006.

Becky S. Walker, Esq., Mark Aveis, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Berner Alfredo Barro appeals from his guilty-plea conviction and 93–month sentence imposed for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Barro has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

---

* This panel unanimously finds this case suitable for *decision without oral argument. See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

